AO 106 (Rev. 04/10) Application for a Search Warrant

Bm

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of ~~the Search of~~
*(Briefly describe the property to be searched or identify the person by name and address)*

The Use of a Cell-Site Simulator to Locate the Cellular Device Assigned Call Number 614-735-5092

Case No. 2:16-mj-155

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the ____Southern____ District of ____Ohio____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance |
| Title 18 U.S.C. 1956 | Money Laundering |

The application is based on these facts:
See AO 106 Attachment

☑ Continued on the attached sheet.
☑ Delayed notice of _____ days (give exact ending date if more than 30 days: __06/30/2016__) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Richard A. Wozniak*
Applicant's signature

Richard A. Wozniak, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/31/2016

Judge's signature

City and state: Columbus, Ohio          N. M. King, USM Judge
Printed name and title

Attachment A

This warrant authorizes the use of the electronic investigative technique described in Attachment B on the cellular telephone assigned phone number 614-735-5092 (The Target Cellular Device), whose wireless provider is T-Mobile USA, INC.

Attachment B

This Warrant authorizes the officers/agents to whom it is directed to determine the location of the cell phone identified in Attachment A by collecting and examining:

1. radio signals, emitted by the Target Cellular Device for the purpose of communicating with cellular infrastructure, including towers that route and connect individual communications; and
2. radio signals emitted by the Target Cellular Device in response to signals sent to the Target Cellular Device by the officers/agents

for a period of thirty days, during all times of day and night. This warrant does not authorize the interception of any telephone calls, text messages, or other electronic communications, and this warrant prohibits the seizure of any tangible property. The Court finds reasonable necessity for the use of the technique authorized above. See 18 U.S.C. Section 3103a(b)(2).

## AO 106 Attachment

See Affidavit in Support of an Application for a Search Warrant. To ensure technical compliance with the Pen Register Statue, 18 U.S.C. Sections 3121-3124, this warrant also functions as a pen register order. Consistent with the requirement for an application for a pen register order, I certify that the information likely to be obtained is relevant to an ongoing criminal investigation being conducted by the Federal Bureau of Investigation. See 18 U.S.C. Sections 3122(b), 3123(b).

## ATTACHMENT

**In the Matter of the Tracking of**
**Cellular telephone assigned call number**
**614-735-5092**
**A T-Mobile USA, INC. Wireless Telephone**

Delay of Notice

This is a long-term investigation involving a Drug Trafficking Organization (DTO) that is responsible for distributing kilogram quantities of heroin and cocaine in central Ohio. The investigation is in its initial stages. Thus far, the United States has identified Maria Gonzalez as an individual who arranges for people to travel to Chicago, Illinois and Houston, Texas to deliver illegal narcotic proceeds and then transport illegal narcotics (cocaine and heroin) back to Columbus, Ohio.

Despite diligent efforts, law enforcement has been unable to uncover important information about the activities of this DTO. For example, law enforcement has not determined the identity of all the couriers; from where and from whom the couriers receive the illegal narcotic proceeds in Columbus; where and to whom the couriers take the illegal proceeds in Chicago; where and from whom the couriers receive illegal narcotics in Chicago and Houston; and where and to whom the couriers deliver the illegal drugs in Columbus.

Given the nature of the criminal activity, the Unites States anticipates that it will take approximately six or seven months to complete this investigation. Law enforcement has reason to believe that if Gonzalez were to be notified of the tracking warrant prematurely, she would alert her co-conspirators to the fact of this investigation. This would seriously jeopardize the ongoing investigation by giving the suspects (both known and unknown) an opportunity to flee from arrest and prosecution, tamper with or destroy evidence, intimidate potential witnesses, notify confederates, and/or change their patterns of behavior (*e.g.*, take aggressive counter-surveillance measures, stop using Gonzalez to transport narcotics and narcotics proceeds, stop using Gonzalez to facilitate the couriers' travel, etc.).