AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of ~~the Search of~~ )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:16-mj-155
The Use of a Cell-Site Simulator to Locate the Cellular )
Device Assigned Call Number 614-735-5092 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Ohio____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____April 12, 2016____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __N. M. King USMJudge__
(United States Magistrate Judge)

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☑ until, the facts justifying, the later specific date of ____06/30/2016____

Date and time issued: __3/31/2016 @ 10:21 am__                     _____
                                                                                                       Judge's signature

City and state: ____Columbus, Ohio____                                __N. M. King, USMJudge__
                                                                                                        Printed name and title

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|

### Certification

I declare under penalty of perjury that this inventory is correct and was **returned along with the original warrant to the** designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Attachment A

This warrant authorizes the use of the electronic investigative technique described in Attachment B on the cellular telephone assigned phone number 614-735-5092 (The Target Cellular Device), whose wireless provider is T-Mobile USA, INC.

Attachment B

This Warrant authorizes the officers/agents to whom it is directed to determine the location of the cell phone identified in Attachment A by collecting and examining:

1. radio signals, emitted by the Target Cellular Device for the purpose of communicating with cellular infrastructure, including towers that route and connect individual communications; and
2. radio signals emitted by the Target Cellular Device in response to signals sent to the Target Cellular Device by the officers/agents

for a period of thirty days, during all times of day and night. This warrant does not authorize the interception of any telephone calls, text messages, or other electronic communications, and this warrant prohibits the seizure of any tangible property. The Court finds reasonable necessity for the use of the technique authorized above. See 18 U.S.C. Section 3103a(b)(2).